SAMUEL PHILLIPS, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— The plaintiff, while climbing out of a subway excavation, where he had been working, was, as alleged, struck by a street surface car, thrown back into the excavation and injured. He brought an action against defendant and recovered a verdict for $3,500. Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein the plaintiff stipulate that the verdict be reduced to $1,500; in which event the judgment, as so reduced, is unanimously affirmed, with costs. Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ., concur; Davis, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY TUZIO, Appellant.— Judgment of the Kings County Court convicting the defendant of the crime of murder in the second degree and sentencing him to Sing Sing Prison for a term of not less than twenty years and not more than the term of his natural life, with five to ten years added to the minimum term for the possession of a dangerous weapon, and order denying the defendant's motion for a new trial upon the ground of newly-discovered evidence, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GEORGE R. ROTHWELL, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Action by husband to recover for expenses and loss of services because of injuries sustained by his wife as the result of a collision with a motorcycle owned by defendant and operated by one of its officers. Judgment dismissing complaint at the close of plaintiff's case reversed on the law and a new trial granted, costs to abide the event, on authority of Rothwell v. Town of Oyster Bay (ante, p. 825), decided herewith. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

MATHILDE ROTHWELL, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Action for personal injuries sustained by plaintiff as the result of a collision between the automobile in which she was riding and a motorcycle owned by defendant and operated by one of its officers. Judgment dismissing complaint at the close of plaintiff's case reversed on the law and a new trial granted, costs to abide the event. We are of opinion that the plaintiff made out a *prima facie* case on the question of defendant's negligence. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.